DANIEL SKELLINGER *v.* ELIAS I. HOWELL.

ON CERTIORARI TO THE COMMON PLEAS OF MORRIS—IN
TROVER.

1. Where two witnesses are examined before the Court of Common Pleas in an appeal, and one states the value of the articles in dispute between the parties to *exceed* one hundred dollars, and the other states the value *not to exceed* that sum, if the Court give credit to the latter and thereby sustain their jurisdiction, it being matter of fact, this Court will not inquire into the propriety of their determination.

2. A party may not give evidence of a general bad character to impeach or discredit a witness whom he has called and examined; but if the witness state matters which operate against him, he may call witnesses to prove those matters to be otherwise.

In the Court of Common Pleas on the trial of the appeal, Howell the appellee and plaintiff below, having given evidence of property and conversion, inquired of a witness the value of the chattels in question, who stated their value in detail at sums which amounted to $102.58, and then rested. Skellinger moved for a non-suit, because the demand exceeded the jurisdiction of a justice. The appellee thereupon offered and was admitted by the court, notwithstanding an objection from the appellant, to examine another witness as to the value, who stated the value of the chattels at a sum not exceeding $100, and the court refused the non-suit.

*Scudder,* for the appellant now plaintiff in certiorari, moved to reverse the judgment.

1. The value of the chattels was shewn to have been $102.58. Hence neither the justice nor Common Pleas had jurisdiction, which is given only where the debt, balance or *matter in dispute,* does not exceed the sum *or value* of $100. *Rev. Laws* 429. He cited *Penn. Rep.* 54, 258, 950, 951; 2 *South.* 822; 1 *John. cas.* 20; 2 *Cranch.* 147; 4 *Cranch.* 93.

2. The examination of the second witness was illegal, for to disprove the facts stated by a witness is to discredit him, and a party is not permitted to impeach his own witness. 1 *Phil. Ev.* 212; 1 *Dal.* 63 ; 1 *Campb.* 210, 217.

By the Court—(Stopping *Vroom,* contra)—A party may not give evidence of general bad character to impeach or discredit a witness whom he has called and examined; but if the witness state matters which operate against him, he may call witnesses to prove those matters to be otherwise. Hence the second witness was rightfully examined; and the two witnesses differing as to the value, presented a question to the court to decide which should be preferred. They adopted the valuation of the second witness, and of the propriety of their determination, being matter of fact, we have no authority to inquire.

Let the judgment be affirmed.